# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.                                                           Case No.: 24-cr-00372-SEH

Arthur Edward Suarez, Jr,                                     **SCHEDULING ORDER**
Kendra Deanne Singletary
Dana Michaelle Stokes
Tony Eugene Bahe
Nathan Allen Lewelling,

Defendant(s).

At the direction of Sara E. Hill, U.S. District Judge , it is hereby ordered that:

Notices due:                                                  12/31/2024

Including all notices required by FRCrP and FRE, including Rule 16, 404(b), 412, 413, 414, or 609

Motions and Objections to Notices due:                        1/7/2025

Absent good cause, motions in limine shall be filed by this date. Motions for bill of particulars shall be filed pursuant to FRCrP 7(f).

Pretrial Conferences/Motions Hearing:                         1/21/2025        at 9:15 a.m.

Voir dire, jury instructions, stipulations and trial briefs due:   1/27/2025

Witness and exhibit lists exchanged between counsel and       1/30/2025        at 4:00 p.m.
emailed to courtroom deputy (do not file):

Counsel shall refer to all witnesses by their full names, rather than initials. In cases
involving minors, the parties shall submit two (2) copies of the lists. The first shall
use the minors' full names. The second shall use the minors' initials.

Three hard copy exhibit binders delivered to Court:          1/30/2025        at 4:00 p.m.

Jury Trial:                                                   2/3/2025         at 8:45 a.m.

Pursuant to LCrR 47-2, any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

Heidi D. Campbell, Clerk of Court

*s/* L. Lewis
_____
By: L. Lewis, Deputy Clerk