AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~

Case unsealed 12/10/24

FILED
DEC 13 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

United States of America
v.

KENDRA DEANNE SINGLETARY,
a/k/a "Kendra Thutty Bell,"
a/k/a "Kendra Thuggy,"
a/k/a "Kendra Bell-Singletary,"
a/k/a "Kendra Deanne Crank,"
a/k/a "$thegreatlabarski,"
a/k/a "$33RoseGold33,"
a/k/a "$criptalka57,"
a/k/a "Kendra Balll,"
Defendant

Case No. 24 CR-372 SEH

USMS-N/OK RCVD:
NOV 20 2024 PM 1:34

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KENDRA DEANNE SINGLETARY, a/k/a "Kendra Thutty Bell" a/k/a "Kendra Bell" a/k/a "Kendra Thuggy" a/k/a "Kendra Bell-Singletary" a/k/a "Kendra Deanne Crank" a/k/a "$thegreatlabarski" a/k/a "$33RoseGold33" a/k/a "$criptalka57" a/k/a "Kendra Ball"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), 841(b)(1)(C), 856(b), and 843(d)(1) – Drug Conspiracy;
COUNTS TWO through SEVEN: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of Methamphetamine;
COUNT NINE: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession of Methamphetamine with Intent to Distribute;
COUNTS TEN: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises;
COUNTS TWELVE through THIRTY-ONE: 21 U.S.C. §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony;
21 U.S.C. § 853 – Drug Forfeiture

Date: NOV 20 2024

_____
*Issuing officer's signature*

City and state:   Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

**Return**

This warrant was received on (date) 11/20/2024 , and the person was arrested on (date) 12/10/2024

At (city and state) Tulsa, OK

Date: 12/10/2024

*Arresting officer's signature* #31393

Jonathan Hixson DUSM
*Printed name and title*

MM/ad

USMS-N/OK RCVD:
NOV 20 2024 PM 1:34