UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.

Case No.: 24-cr-372-SEH

Kendra Singletary

**WAIVER OF SPEEDY TRIAL**

Defendant.

The Defendant, Kendra Singletary ("Defendant") acknowledges that she has been fully advised of her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of her jury trial from February 3, 2025 to May 3, 2025 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____
Defendant

12/23/24
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____
Attorney for Defendant

12/23/24
Date

Waiver of Speedy Trial

(CR-06p Modified 8/2021)