

# Rebecca Gionta, Special Agent

Department of Homeland Security
Homeland Security Investigations
Tulsa Field Office
Cell: (918) 703-0775
Email: Rebecca.e.gionta@hsi.dhs.gov

## PROFESSIONAL EXPERIENCE

08/2019-present:   Special Agent
Homeland Security Investigations
Tulsa, Oklahoma

Duties: Investigate alleged violations into the illegal movement of people, goods, money, contraband, weapons, and sensitive technology into, out of, and through the United States.  These cases include drug and weapons smuggling, cyber and financial crime, child exploitation, human trafficking, financial fraud, illegal exports, and intellectual property crime. Investigative functions include obtaining evidence, preparing and presenting criminal case reports to the United States Attorney for prosecution of said violations; preparing and serving arrest and/or search warrants; and testifying as a government witness.

Served as lead case agent on "Operation Heavy Metal" into the theft, purchasing, packaging, and selling of stolen catalytic converters across the United States.  In this role, served as the affiant on six Title-III wiretaps, and led enforcement actions to include a multi-agency, multi-jurisdictional coordinated nationwide search warrant and arrest takedown.  This investigation has brought significant wire fraud, money laundering and transportation of stolen property charges, as well as seized over $7 million in bulk currency and financial accounts, 18 firearms, 3 semi-loads of catalytic converters, over 4000 pounds of precious metal powder, and multiple luxury vehicles.

Served as lead case agent into a criminal organization based in the Oklahoma Department of Corrections responsible for the distribution of illegal controlled substances and weapons trafficking that encompassed members of both the Irish Mob Gang and the Universal Aryan Brotherhood.  Received a 43-count indictment on six gang members and received convictions on all defendants.

Served as lead case agent on a seven-defendant first-degree murder case, resulting in seven out of seven guilty pleas/verdicts, including the "shot-caller,"

a high-ranking member of the Irish Mob gang who was serving a prison sentence in the Oklahoma Department of Corrections at the time of the homicide. After a jury trial, the "shot-caller" was found guilty and sentenced to life in prison plus 36 years.

Lead case agent on a controlled delivery involving ketamine, which resulted in the indictment, arrest and conviction of a Chinese national.

Lead case agent on an investigation which began as a video voyeurism case and evolved into identifying ten additional female and juvenile victims who were victims of various crimes ranging from burglary to sexual assault. The investigation involved evidence processing to include footwear impressions and DNA buccal swab federal search warrants.

Lead case agent on an investigation involving an adult male who was attempting to entice a 12-year-old to have sexual intercourse; received a confession from the defendant which resulted in a conviction and twelve-year prison sentence.

04/2016-08/2019:   Deputy Sheriff/Detective
Lake County Sheriff's Office
Waukegan, Illinois

Duties: Certified Field Training Officer which included the leading, supervising and training of dozens of new deputies in a patrol capacity. Promoted to detective in 2018 and investigated a myriad of crimes ranging property crimes to homicide. Authored search and arrest warrants led teams of investigators, and oversaw deputies when responding to call outs. Certified as a lead homicide investigator. Certified as a drug recognition expert, a certification held by less than 100 sworn police officers in Illinois, which consisted of routinely being requested by counties throughout Northern Illinois to conduct detailed drug assessments of arrestees which resulted in additional charges and convictions. Also was chosen to be a member of the Lake County Gang Task Force in an undercover prostitution and narcotics capacity.

01/2014-04/2016:   Police Officer
Libertyville Police Department
Libertyville, Illinois

Duties: Patrol Officer responsible for calls for service, traffic stops, arrests, and interviews of hundreds of victims, witnesses, and suspects.

## EDUCATION

| | |
|---|---|
| 2012-2015: | Chicago-Kent College of Law<br>Juris Doctor, State of Illinois Bar Exam Certified Attorney (License Inactive)<br>Chicago, Illinois |
| 2008-2012: | University of Wisconsin-Madison<br>Bachelor of Science in Legal Studies and Criminal Justice<br>Madison, Wisconsin |

## PROFESSIONAL TRAINING RECEIVED

| | |
|---|---|
| 2020: | Homeland Security Investigations Special Agent Training (HSISAT): Received specialized training in all programmatic areas that HSI investigates, in HSI's sixteen-week Special Agent Training Program |
| 2019: | Federal Law Enforcement Training Center (FLETC): General investigative and federal law training in the twelve-week Criminal Investigator Training Program; included gathering and processing digital evidence |
| 2014-Present: | Since the beginning of my law enforcement career, I have continued to attend hundreds of hours of training outside the scope of general investigative duties. This has included but is not limited to: Lead Homicide Investigator School, Drug Evaluation and Classification Training, Advanced Roadside Impaired Driving Enforcement, Drug Recognition Expert, Crisis Intervention Team, Evidence Technician, Field Training Officer, Anti-Gang Strategies, Reid School of Interviews and Interrogations, Street Drugs, Ground Fighting and Control Tactics |

## OTHER DUTIES/TRAINING/RECOGITION

| | |
|---|---|
| 08/2024: | Invited to Boracay, Philippines in August of 2024 to provide training to Filipino law enforcement on money laundering and financial crimes as a subject matter expert |

| | |
|---|---|
| 2022-Present: | United States Marshals Service Northern Oklahoma Violent Crimes Fugitive Task Force (NOVCTF) Task Force Officer, which includes special deputation as a United States Marshal |
| 2022-2024: | Evidence Custodian for the Tulsa Field Office |
| 2023-Present: | Member of the Crisis Negotiation Team (CNT) for the Dallas Field Office |
| 2023-Present: | Member of the SAC Dallas Recruitment Team |
| 2022: | HSI SAC Dallas Investigator of the Year Award for Fiscal Year 2022 |