Claudio Tello, Agent
4500 South Garnett Road
Tulsa, OK
Office: (918) 313-1926
Email: Claudio.tello@obn.ok.gov

## PROFESSIONAL EXPERIENCE

01/2024 to present:

Agent
Oklahoma Bureau of Narcotics and Dangerous Drugs
Tulsa, Oklahoma

Duties: Investigate alleged violations of Oklahoma's Uniform Controlled Dangerous Substance Act (Title 63 of the state statutes). Investigate criminal enterprises involved in narcotics and drug related activities. Analyze data and use databases to gather information related to the investigation. Conduct interviews of drug users and distributors. Prepare and serving search warrants. Obtain and package evidence. Monitor during T-III wire intercept. Perform surveillance. Conducted a diversion investigation in an undercover capacity.

01/2020 to 01/2024:

Police Officer
Owasso Police Department
Owasso, OK

Duties: Enforced Oklahoma state statutes, Cherokee Nation tribal laws, and municipal ordinances. Performed proactive traffic enforcement and criminal-interdiction related traffic stops on city/state highways and roads. Used a mobile computer system to perform routine records checks. Arrested and detained criminal suspects and violators of the law. Participated in numerous drug related cases. Seized and submitted evidence, including but not limited to narcotics, drug paraphernalia, documents of identity theft, and firearms. Conducted preliminary investigations of crimes, determined elements of the crime, interviewed suspects. Responded to calls for service. Prepared and wrote detailed reports and/or citations of incidents to aid in prosecution. Testified as government witness.

While employed at the Owasso Police Department, I was cross deputized with the Cherokee Nation's Marshal service and the Creek Nation's Light Horse Police Department.

## EDUCATION

2020 to 2024   Norwich University
Northfield, Vermont
Bachelor of Science Degree (BS)
Major: Cyber Security

| | | |
|---|---|---|
| 2015 to 2018 | Rio Salado College | |
| | Tempe, Arizona | |
| | Associate in applied science (AAS) | |
| | Major: General Business | |

## CERTIFICATIONS

Oklahoma Law Enforcement Officer

Council on Law Enforcement Education and Training

Basic Peace Officer Certification

2020 – Present


Basic Instructor Certification

Council on Law Enforcement Education and Training

2022

## PROFESSIONAL TRAINING RECIEVED

| | |
|---|---|
| 2020 | Standardized Field Sobriety Testing Course (24 hours) |
| 2021 | Norwich University Procedures in Forensics (Summer 2021) |
| 2021 | Advanced Roadside Impaired Driving Enforcement Course (16 hours) |
| 2021 | Desert Snow's Criminal Interdiction training and workshop Course (24 hours) |
| 2022 | Criminal Jurisdiction in Indian County Training (16 hours) |
| 2022 | Human Trafficking Interdiction Training (8 hours) |
| 2022 | Human Trafficking Proactive Operations Training (8 hours) |
| 2023 | Basic Search Warrant Writing Course (8 hours) |
| 2023 | Street Cop's Interdiction Mastermind Course (6 hours) |
| 2023 | NICTI The Forensic Evaluation of Strangulation and Gunshot Wound Cases (01/11 to 01/12) |
| 2023 | Oklahoma Bureau of Narcotics' Highway Interdiction Course (4 hours) |
| 2023 | Oklahoma Bureau of Narcotics' Controlled Deliveries Course (4 hours) |
| 2023 | Norwich University Foundations in Cyber Law & Cybercrime (Spring 2023) |

2023 Street Cop Conference includes but it is not limited to training in High Level Interdiction and Vehicle Compartments, Hotel/Parking Lot Interdiction/Investigations, Narcotics and Gun Investigations, and social media and Open-Source Investigations (32 hours)

2023 Norwich University Foundations in Computer Forensics (Summer 2023)

2023 Norwich University Cyber Investigations (Fall 2023)

2023 Norwich University Networks Forensics (Fall 2023)

2024 Contraband Concealment and Detection Course (4 hours)

2024 Developing, Managing, and Using Confidential Informants in Narcotics Operations Course (2 hours)

2024 Profiling Dangerous People Training (8 hours)

2024 Reid Technique of Investigative Interviewing and Advanced Interrogation (24 hours)

2024 Association of Oklahoma Narcotics Enforcers' conference including training in conspiracy investigations, evolution of criminal patrol, and human intelligence and risk mitigations. (20 hours)

2024 Oklahoma Bureau of Narcotics' Narcotics Investigation School (2-week training) at Oklahoma City, OK. Includes training in drug laws and drug identification, diversion investigations, complex investigations, medical marijuana and grow operations, knock and talk investigations, surveillance operations, undercover operations, human trafficking, search warrant writing.

2024 SWAT Operator School (100 hours)

**RIBBONS, MEDALS, and AWARDS**

State of Oklahoma's Buckle Down Awards (Traffic Safety – Traffic Stops) 2022 & 2023

Life Saving Cross Medal – 2022

Gallantry Star Medal – 2020

Unit Citation Medal - 2020