

KeiSharra D. Eldridge  M.S.       Senior Forensic Chemist
Department of Justice              South Central Laboratory
Drug Enforcement Administration    Dallas, TX
Office of Forensic Science

## AREA OF EXPERTISE

**Forensic Discipline**
  Seized Drugs Analysis

Expert Testimony
- Qualified in federal court as an expert witness in the analysis of controlled substances.
- Testified approximately three times.
    - The State of Texas Vs Justin Eric Adams, A-22-5157-CR, (Rockport, TX) 2022
    - U.S. v. Michael Delprioire, 3:18-cr-00136-SLG, (Anchorage, Alaska) 2022
    - US v. Bradley Woolard, CR18-217 RSM, (Seattle, WA) 2021

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, South Central Laboratory Dallas, TX September 2021-Present*
*Western Laboratory, Pleasanton, CA, August 2017 - September 2021*

- Analyze evidence for the presence or absence of controlled substances
- Report findings and provide expert testimony based on the results of analyses
- Provide field assistance to law enforcement personnel in the seizures of clandestine laboratories
- Monitor and maintain analytical instrumentation including Gas Chromatography-Flame Ionization Detectors (GC-FID), Gas Chromatography-Mass Spectrometers(GC-MS), High Performance Liquid Chromatograph (HPLC), and GC Chromatography- Infrared Detectors (GC-IRD)

**SEATON MEDICAL CENTER**
*Clinical Laboratory Assistant, Austin, Texas, 2017*
Assisted with receiving, identifying, accessioning, and transporting specimens
- Performed special procedures such as Micro plate set ups, preparation of reference lab samples
- Performed analysis of patient samples under the leadership of designated staff, as assigned

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION – LANGELY**
*Research Assistant, Hampton, Virginia, 2016-2017*
- Designed and developed structural materials
- Prepared samples for Materials International Space Station Experiment 9 using American Society of Mechanical Engineers Standards
- Prepared preliminary and final reports concerning results of analysis performed and reported to Senior Scientist using Microsoft Word and PowerPoint

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION/NORFOLK STATE UNIVERSITY**
*Graduate Research Assistant (Hampton, Virginia and Norfolk, Virginia), 2012-2015*
- Conducted experiments and research with new procedures and techniques for semiconductor materials and devices

- Studied current material in scientific journals regarding new advances and techniques in aerospace materials
- Represented the Radiation Shielding Materials Department at conferences and meetings

*Training*

- DEA Basic Forensic Training Program (Quantico, Virginia), 2017
- Agilent 7890A/B GC and Open LAB ChemStation Operation, 2019
- The Impact of the 2018 Farm Bill on the Forensic Analysis of Cannabis, 2020
- A Decade of Designer Drugs: Lessons Learned and Future Directions, 2020
- Agilent 5977 GC/MS Maintenance and Troubleshooting, 2021

## EDUCATION AND CERTIFICATIONS

Norfolk State University, Norfolk, Virginia
- Masters of Science, 2015
  Material Science
  Thesis: Effective Radiation Shielding Ability of Boron Nitride Nanotube Polyethylene Composites

University of Arkansas at Pine Bluff, Pine Bluff, Arkansas
- Bachelors of Science, 2012
  Chemistry

*Certification(s)*
- DEA Clandestine Laboratory Investigation/Safety, certified August 2018 – present
- DEA Illicit Hazardous Environments Specialist Level Class: ADV 38, certified January 2021-present

## PRESENTATIONS AND LECTURES

- American Academy of Forensic Sciences (AAFS) - 2020