

| Paul Galat   BA, MS | Senior Forensic Chemist |
|---|---|
| Department of Justice | South Central Laboratory |
| Drug Enforcement Administration | Dallas, Texas |
| Office of Forensic Sciences | |

## AREA OF EXPERTISE

**Forensic Discipline**
    Seized Drug Analysis

**Expert Testimony**
    03/05/19   US District Court   Albuquerque, NM
    03/19/19   US District Court   Albuquerque, NM
    04/16/19   US District Court   Sherman, TX   US vs Ceballos
    07/16/19   US District Court   Houston, TX   US vs Meyer
    07/23/19   US District Court   Amarillo, TX   US vs Landeta
    07/30/19   US District Court   Amarillo, TX   US vs Rodriguez
    08/14/19   US District Court   New Orleans, LA   US vs Alexander
    10/30/19   US District Court   Fort Worth, TX   US vs Echarte-Rivero
    09/16/20   US District Court   Midland, TX
    01/12/21   US District Court   Midland, TX   US vs Ruiz
    08/03/22   US District Court   Midland, TX   US vs Godsey
    09/13/22   US District Court   Lubbuck, TX   US vs Powdrill
    09/21/22   US District Court   Del Rio, TX   US vs Sanchez
    12/15/22   US District Court   Plano, TX   US vs Dejesus-Rivera

Testified in Federal and State Court more than 85 times. Areas Include Forensic Chemistry, Clandestine Laboratory Enforcement and Trace Evidence Collection.

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Senior Forensic Chemist, South Central Laboratory, Dallas,TX,  2006 - Present*

Conducts analysis to identify and quantitate controlled substances on over 11,000 drug exhibits of various types.

- Provides expert witness testimony and technical guidance to prosecution in state and federal court.
- Performs maintenance and repair on laboratory instrumentation, including Gas Chromatographs with Flame Ionization Detectors (GC/FID), High Performance Liquid Chromatographs (HPLC), Gas Chromatographs with Mass Spectrometers (GC/MS), etc.
- Provides field support to DEA Special Agents by sampling and processing clandestine laboratory evidence and trace evidence collection using Ion Mobility Spectroscopy (IMS)

*Forensic Chemist, South Central Laboratory, Dallas,TX,  1998 - 2006*

- see Senior Forensic Chemist dutes, described above

*Training Officer, South Central Laboratory, 2001-2010*

- Trained new Forensic Chemists in using scientific instruments and DEA procedures to analyze controlled substances.

# EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

Michigan State University  East Lansing, Michigan

- Masters of Science in Criminal Justic with Specialization in Forensic Science 2000
- Bachelors of Arts in Chemistry 1997

Drug Enforcement Adminstration

- Forensic Chemist Basic Training Program 1999
- Clandestine Laboratory Investigation/Safety Certification Program 1999

**Certification(s)**

South Central Laboratory  Dallas, Texas

- Clandestine Laboratory Investigations, yearly

# PROFESSIONAL AFFILIATIONS

- Clandestine Laboratory Investigating Chemists (CLIC), Member 2007-2009

# PRESENTATIONS AND LECTURES

Clandestine Laboratory Demonstration for National Methamphetamine Awareness Day

- Explained and demonstrated the nazi process, 2006

Career Day Presentations

- Local High School and Elementary Schools 2004, 2009, 2010, 2012, 2016, 2017

News Programs

- KFOX14  FOX  El Paso, TX  "Where do drugs seized in El Paso go?" Demonstrated fentanyl testing proceedures at the laboratory   aired November 2, 2022
- KSAT12  ABC  San Antonio, TX   "What is Fentanyl, KSAT Explains" Demonstrated fentanyl testing proceedures at the laboratory   aired November 14, 2022

# PUBLICATIONS

- Gay M, Detulleo A, Galat P. Detecting Heroin in the Presence of Cocaine Using Ion Mobility Spectrometry. International Journal for Ion Mobility Spectrometry, 2000 Mar;(1): 38-42.
- "Interpreting Ion Mobility Spectrometry Plasmagrams of Heroin and Cocaine" Presented at Michigan State University, Masters Thesis 2000