

Kevin J. Roberson, Ph.D.  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Science

Forensic Chemist  
South Central Laboratory  
Dallas, TX

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

01/16/2024, El Paso, TX, U.S.A. v. Serrano Galaviz, EP-23-CR-623-DB  
04/17/2024, Albuquerque, NM, U.S.A. v. Octavio Jiminez-Marquez, 1:23-CR-00032 WJ

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**  
*Forensic Chemist, South Central Laboratory, Dallas, TX, 2020-Present*

Analyze evidence for the presence or absence of controlled substances.

Provide testimony in court as needed.

Support law enforcement.

*Training*

Drug Enforcement Administration (DEA) Basic Forensic Class #18, (Quantico, VA), 2020.

Drug Enforcement Administration (DEA) Basic Clandestine Laboratory Technician Course No. 85, (Quantico, VA), 2022.

**Kraev Laboratories, LLC.**  
*Founder/ CEO, New Orleans, LA, August 2014-August 2020*

Managed a team of engineers, scientists, and interns in research and development.

Developed lubricants for oil and gas recovery.

Developed the SOPs for routine analysis.

**Grambling State University**  
*Assistant Professor, Department of Chemistry, Grambling, LA, August 2017-August 2020*

Instructed general chemistry and organic chemistry lecture and laboratory courses.

Trained students on Ultraviolet-visible spectroscopy (UV-vis), Gas Chromatography Mass Spectrometry (GCMS), and Fourier Transform Infrared Spectroscopy (FTIR) to characterized synthesized products.

Assisted with establishing internship opportunity for forensic chemistry students at the Northwest Crime Lab.

*Training*

University of Louisiana System (ULS) Management & Leadership Institute, ULS, LA 2019-2020

**Dillard University**  
*Visiting Professor, Department of Chemistry, New Orleans, LA, August 2014-May 2017*

Instructed general chemistry, quantitative analysis, and instrumental analysis courses

Performed maintenance on GC, LC and UV-vis as needed in the laboratory.

Developed standard operating procedures (SOPs) for instrumentation in the laboratory.

## EDUCATION AND CERTIFICATIONS

Louisiana State University, Baton Rouge, LA
    Doctorate of Philosophy, 2014

  Bio-Analytical Chemistry, Dissertation: Reductive Methylation of Proteins towards Structural and Biological Applications

Georgia Southern University, Statesboro, GA
    Bachelor of Science, 2007

   Chemistry, American Chemical Society (ACS) Certified

## PROFESSIONAL AFFILIATIONS

National Organization for the Professional Advancement of Black Chemists and Chemical Engineers (NOBCChE), Member, 2007-Present
American Chemical Society, Member, 2003-Present

## PRESENTATIONS AND LECTURES

Kevin J. Roberson, Michelle M. Sweeney, and Megan Macnaughtan. Method to Identify the NMR Resonances of the $^{13}$C-Methyl N-terminal Amine on Reductively Methylated Proteins. Southwest Regional Meeting of the American Chemical Society, Baton Rouge, LA, 2012 Nov.: Poster

Kevin J. Roberson and Megan Macnaughtan. Mass Spectrometry Assisted Assignment of NMR Resonances in Reductively $^{13}$C-Methylated Proteins. Analytical Chemistry Seminar, Baton Rouge, LA. 2012 Nov.: Invite

Kevin J. Roberson and Megan Macnaughtan. Protecting Agent as a Means to Unambiguously Assign $^{13}$C-Methyl NMR Resonances. Southeast Magnetic Resonance Conference. Gainesville, FL. 2010 Oct.: Poster

Kevin J. Roberson and Megan Macnaughtan. Breaking the Degeneracy of Reductive $^{13}$C-Methylation of Proteins for NMR Assignment. Summer in Biophysics at UT/ORNL: Computatiional and Experimental Challenges. Knoxville, TN. 2010 July: Poster