

Vanessa Torres De Leon  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Sciences  

Senior Forensic Chemist  
South Central Laboratory  
Dallas, TX  

## AREA OF EXPERTISE

**Forensic Discipline**
> Seized Drug Analysis

**Expert Testimony**
- 11/27/2023; Fort Worth, TX; United States of America vs Terrance Deshun Cash; 4:23-CR-256-O
- 06/26/2023; McAllen, TX; United States of America vs Juan Posas Jr; 7:22-1076
- 01/26/2023; Amarillo, TX; United States of America vs Gregory Neil Maxwell; 2:21-CR-096-Z
- 08/25/2021; Pecos, TX; United States of America vs Oscar Sanitago Garcia Sanchez; P-21-CR-122
- 05/20/2021; Corpus Christi, TX; United States of America vs Robert Loya Jr; C-20-0832
- 11/13/2020; McAllen, TX; United States of America vs Rosbel Garcia Jr; M-18-396

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, DEA South Central Laboratory, Dallas, TX, 2017 - Present*

- Analyze evidence for the presence of control drug substances.
- Issue reports on analytical results and testify to findings in court.
- Perform routine maintenance and checks on laboratory equipment.
- Field Chemist Training Officer

*Training*

- Basic Forensic Chemist Course (Quantico, VA), 2017
- Basic Clandestine Laboratory Safety Training Course (Quantico, VA), 2018
- Clandestine Laboratory Advanced Site Safety School (Quantico, VA), 2020

**AMGEN MANUFACTURING LIMITED**
*Scientist, Analytical Sciences Group, Juncos, PR, 2006-2017*

- Routinely performed assay, purity and characterization analyses on protein and antibody products by High Performance Liquid Chromatography (HPLC), Capillary Electrophoresis (CE) and gel electrophoresis.
- Wrote and/or reviewed equipment, standard operating procedures, technical protocols, technical reports and supplemental data for Federal Drug Administration (FDA) filling.
- Developed, qualified and/or validated HPLC, Ultra Performance Liquid Chromatography (UPLC) and UV spectroscopy methods.
- Supported Non Conformance investigations by designing and executing experiments for root cause analysis.
- Trained associates in analytical methods.
- Designed and implemented an in-house preventive maintenance and performance verification program for Agilent 1100 Series HPLC instruments.

**GALEPHAR PARMACEUTICAL RESEARCH**
*Laboratory Technician, Juncos, PR, 2004-2006*
- Participated in the research and development of new pharmaceutical products.

**PFIZER**
*Laboratory Technician, Temporary Employee, Caguas, PR, 2003*
- Participated in the method transfer of controlled drug products.

**PEPSI INTERNATIONAL**
*Laboratory Technician, Temporary Employee, Cidra, PR, 2003*
- Performed tests on products already on sale in the Latin-American market to assure that thequality of the products and the sanitary conditions of the bottling companies remained withinstandards.

**US ARMY**
*Petroleum Laboratory Specialist, Fort Lee, VA, 2000-2002*
- Honorably discharged

## EDUCATION AND CERTIFICATIONS

University of Puerto Rico, Humacao, PR
  Bachelor of Science in Industrial Chemistry, 2000