

Brandon Wilson, M.S.  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Sciences  

Senior Forensic Chemist  
South Central Laboratory  
Dallas, Texas  

## AREA OF EXPERTISE

**Forensic Discipline**

    Seized Drug Analysis

**Expert Testimony**

    Testified Approximately 11 times.

- United States of America v Charlie Manuel Dejesus-Rivera, 4:21CR254, Eastern District of Texas (Plano, Texas) 2022.
- United States of America v Ricardo Zamora, 19-101 (SRN/ECW), Eastern District of Michigan (Detriot, Michigan) 2022.
- United States of America v. Aaron Rhy Broussard, 2:20-cr-20318-SJM-APP, District of Minnesota (St. Paul, Minnesota) 2022.
- Houston,Texas. 2019.
- 16-197, New Orleans, Louisiana. 2019.
- 4:19 CR-060-O, Fort Worth, Texas, 2019.
- 5:18-CR-00113-C, Lubbock, Texas, 2019.
- MO-18-CR-237, Midland, Texas, 2019.

## PROFESSIONAL EXPERIENCE

Drug Enforcement Administration  
*Senior Forensic Chemist, South Central Laboratory, (Dallas, Texas),  2014 - Present*

- Analyze suspected drug evidence for the presence or absence of controlled and non-controlled substances
- Maintain chain-of-custody through proper handling and security of physical evidence
- Provide expert testimony in courts of law
- Assist with training of law enforcement and emergency medical services

*Training*

- High Hazard Clandestine Laboratory Certification School, (Valencia, CA), 2016
- Basic Clandestine Laboratory Certification School, (Quantico, VA), 2015
- Basic Forensic Chemist Training, (Quantico, VA), 2014

Alabama Department of Forensic Science  
*Intern, Drug Chemistry Section (Montgomery, Alabama) 2013-2014*

- Assisted screening suspected drug evidence
- Assisted with the daily verifications, maintenance and troubleshoot of instrumentation: Fourier Transform Infrared Spectroscopy(FT-IR) and Gas Chromatograph-Mass Spectrometer(GC-MS)
- Assisted recording case notes and report writing
- Scanned and electronically labeled documents
- Prepared reagents and filled solvent bottles
- Provided general laboratory housekeeping

## EDUCATION AND CERTIFICATIONS

Alabama State University, (Montgomery, Alabama)
- Master of Science Degree, Forensic Science, 2014
- Bachelor of Science Degree, Chemistry, 2011

NANO REU/SROP The University of Iowa, (Iowa City, Iowa), 2010
- Researched the control release of aspirin in mesoporous and zeolitic systems
- Synthesized inorganic molecules on the nano scale
- Characterized products using Infrared Spectroscopy, TGA, and X-ray diffraction