R. Jackson McClaren, Senior Agent
4500 Garnett Road
Tulsa, Oklahoma
Office: (405) 365-1134
Email: jmcclaren@obn.ok.gov

**PROFESSIONAL EXPERIENCE**

Agent III/Senior Agent, OBN
Tulsa District Office
Tulsa, Oklahoma
April 2021-Present

DEA Task Force Officer
Tulsa Resident Office
Tulsa, Oklahoma
February 2019-April 2021

Investigator
District 12 Attorneys Office
Claremore, Oklahoma
December 2017-April 2021

Assistant District Attorney
District 12 Attorneys Office
Claremore, Oklahoma
January 2015-February 2019

Assistant District Attorney
District 14 Attorneys Office
Tulsa, Oklahoma
May 2014-December 2014

**EDUCATION**

| | |
|---|---|
| Aug. 2010-May 2013 | University of Tulsa College of Law, Tulsa Oklahoma<br>Juris Doctorate |
| Aug. 2004 – May 2008 | University of Arkansas, Fayetteville, Arkansas<br>Bachelor of Arts: Anthropology |

## CERTIFICATION

Oklahoma Law Enforcement Officer
Council on Law Enforcement Education and Training
2017-Present

## AWARDS

1. District 12 Attorney of the Year 2017
2. Rogers County Law Enforcement Association Prosecutor of the Year 2016

## TRAINING

1. Conservatively, over hours 1500 hours of in-service training.
2. Attended the Oklahoma Bureau of Narcotics Basic Narcotics Investigations Course.
3. Attended the DEA Task Force Officer Course

## INSTRUCTING

1. Less Lethal/ Shield Instructor
2. Certified as an Instructor through the Council on Law Enforcement Education and Training
3. CLEET Firearms Instructor

## EXPERIENCE

1. 9 years law enforcement experience with over 3 years as an Assistant District Attorney.
2. Participated in over 100 drug related arrests.
3. Conducted dozens of interviews of drug users, couriers, and distributors.
4. Conducted narcotic investigations in an undercover capacity.
5. Investigated and successfully indicted narcotic cases in the Northern and Eastern Districts of Oklahoma.

## TESTIMONY

1. *United States v. Lee Holt* (certified as an expert), 24-CR-00050-JFH, NDOK