**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                             )<br>                                                              )<br>            -vs-                                         )<br>                                                              )   No. 24-cr-00372-SEH<br>KENDRA SINGLETARY,                  )<br>                                                              )<br>                                                              )<br>            Defendants.                        ) | |

# NOTICE OF CHANGE OF ADDRESS AND EMAIL ADDRESS

To the Clerk of this Court and all parties of record:

   Please note my change of address and email address as counsel in the above-styled case for Defendant KENDRA SINGLETARY.

| | |
|---|---|
| January 9, 2025 | S/ M. Taylor McLawhorn |
| Date | Signature |
| | M. Taylor McLawhorn  22233 |
| | Name                          Bar No. |
| | P.O. Box 108 |
| | Address |
| | Oklahoma City, OK               73101 |
| | City            State               Zip |
| | (405) 900-4747    (405) 900-7140 |
| | Phone Number       Fax Number |
| | taylor@mclawhornlawoffice.com<br>E-mail address for Service |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Notice of Change of Address was filed, via ECF, on this 9th day of January 2025.

                                                  /s/ M. Taylor McLawhorn
                                                     M. Taylor McLawhorn