IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>v.<br><br>ARTHUR EDWARD SUAREZ, JR.,<br>KENDRA DEANNE SINGLETARY,<br>DANA MICHAELLE STOKES,<br>TONEY EUGENE BAHE,<br>NATHAN ALLEN LEWELLING,<br>KENNETH WAYNE TONEY,<br>OSMAN ROLANDO SANCHEZ,<br>KAYLA MARISA BRADFORD,<br>JEREMY NATHANIEL STAGE,<br><br>             Defendants. | Case No. 24-CR-0372-SEH |

## Notice of Related Cases

Pursuant to Local Criminal Rule 7.2(a), the United States Attorney for the Northern District of Oklahoma gives the Clerk of this Court notice that *United States v. Arthur Suarez Jr., et al.,* Case No. 24-CR-372-SEH is related to the following cases: *United States v. Tony Bahe,* Case No. 24-CR-0364-SEH and *United States v. Toney,* Case No. 24-CR-0370-JFH. Mr. Bahe and Mr. Toney are indicted in Case No. 24-CR-372-SEH and their respective separate cases either directly or indirectly connect to Case No. 24-CR-372-SEH.

At the time of this filing, there were current federal arrests warrants for Osman Sanchez and Jeremy Stage.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

 /s/ Mandy M. Mackenzie
Mandy M. Mackenzie, WABA #55836
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(539) 900-4000

## Certificate of Service

I hereby certify that on this 28th day of January, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Katherine Grubel
*Defense Counsel for Suarez Jr.*

Andrew Casey
*Defense Counsel for Toney*

Taylor McLawhorn
*Defense Counsel for Singletary*

Kara Pratt
*Defense Counsel for Lewelling*

Jason Perkins
*Defense Counsel for Stokes*

Collin Rockett
*Defense Counsel for Bradford*

Michael Noland
*Defense Counsel for Bahe*

 /s/ Mandy M. Mackenzie
Mandy M. Mackenzie
Assistant United States Attorney