UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Arthur Edward Suarez, Jr, <br> Kendra Deanne Singletary, <br> Dana Michelle Stokes, <br> Tony Eugene Bahe, <br> Nathan Allen Lewelling, <br> Kenneth Wayne Toney, <br> Kyla Marisa Bradford, <br><br> Defendant(s). | Case No.: 24-cr-00372-SEH |

## AMENDED SCHEDULING ORDER

At the direction of Sara E. Hill, U.S. District Judge, it is hereby ordered that upon the initial appearance of Kenneth Wayne Toney (Defendant 6), speedy trial delay for Defendants 1-5 and 8 is calculated pursuant to 18 U.S.C. § 3161(h)(6). The scheduling order including the pretrial conference on 05/20/2025 and jury trial on 06/02/2025 [ECF No. 91] is stricken and the following schedule is entered as to all defendants listed above:

| | | |
|---|---|---|
| Notices due: | 5/27/2025 | |
| Including all notices required by FRCrP and FRE, including Rule 16, 404(b), 412, 413, 414, or 609 | | |
| Motions and Objections to Notices due: | 6/10/2025 | |
| Absent good cause, motions in limine shall be filed by this date. Motions for bill of particulars shall be filed pursuant to FRCrP 7(f). | | |
| Pretrial Conferences/Motions Hearing: | 6/17/2025 | at 9:15 a.m. |
| Voir dire, jury instructions, stipulations and trial briefs due: | 6/30/2025 | |
| Witness and exhibit lists exchanged between counsel and emailed to courtroom deputy (do not file): | 7/3/2025 | at 4:00 p.m. |
| Counsel shall refer to all witnesses by their full names, rather than initials. In cases involving minors, the parties shall submit two (2) copies of the lists. The first shall use the minors' full names. The second shall use the minors' initials. | | |
| Three hard copy exhibit binders delivered to Court: | 7/3/2025 | at 4:00 p.m. |
| Jury Trial: | 7/7/2025 | at 8:45 a.m. |

Pursuant to LCrR 47-2, any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

                                            Heidi D. Campbell, Clerk of Court

                                            *s/* L. Lewis
                                            By: L. Lewis, Deputy Clerk